UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY R. DALIET                                               CIVIL ACTION

VERSUS                                                        NUMBER: 13-5169

LEON A. CANNIZZARO, JR.                                       SECTION: "F"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  6th  day of   September  , 2013.

_____
UNITED STATES DISTRICT JUDGE